UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE HERNANDEZ and DAVID NUNEZ, on behalf of themselves, individually, and on behalf of all others similarly-situated,<br><br>       Plaintiff,<br>-against-<br><br>23 NORTH PARK AVENUE PUB INC., d/b/a KASEY'S KITCHEN & COCKTAILS, and 44 TAP HOUSE INC., d/b/a CRAFT KITCHEN & TAPHOUSE, and ANTHONY GERACI, individually, and THOMAS MCNICHOLAS, individually, and DANIEL QUINN, individually, and MANNASE SUAZO, individually, and THOMAS GARRETT, individually,<br><br>       Defendants. | Civil Action No.: 2:21-cv-03214-GRB-AKT<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT** |

  **PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs JOSE HERNANDEZ and DAVID NUNEZ hereby accept Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
    October 4, 2021

                  Respectfully submitted,

                  BORRELLI & ASSOCIATES, P.L.L.C.
                  *Attorneys for Plaintiffs*
                  910 Franklin Ave., Suite 200
                  Garden City, New York 11530
                  Tel. No. (516) 248-5550
                  Fax: (516) 248-6027

            By: */s/ Danielle Petretta*
                  DANIELLE PETRETTA (DP 5566328)
                  ALEXANDER T. COLEMAN (AC 8151)
                  MICHAEL J. BORRELLI (MB 8533)